# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA, )
)
          Plaintiff, )
)       Docket No.02-CR-9
          vs. )
)
JASON A. CHAPMAN )
)
          Defendant. )

---

## ORDER

In accordance with the August 30, 2002 general order regarding the assignment of cases to the United States District Judge designated to hold Court in Green Bay, Wisconsin,

**IT IS ORDERED** that the above-captioned matter as to defendant, Jason A. Chapman, be reassigned to Judge William C. Griesbach for all further proceedings.

The Clerk of the Court is directed to take all appropriate steps to implement this reassignment.

Dated at Milwaukee, Wisconsin, this 5th day of July, 2005.

BY THE COURT

_____
C.N. Clevert
U. S. District Judge